for $2,918.03. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

Newman, Poppenhusen, Stern & Johnson, for appellant; Lawrence A. Cohen and Henry Jackson Darby, of counsel. Martin, Casler & Sheehan, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**Louis A. Klein, appellee, v. E. B. Sode, trading as E. B. Sode Paper Box Company, appellant. Gen. No. 27,179.**

Action to recover commissions due under an oral contract of employment to solicit orders for material produced by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 30, 1922.

Samuel Blair, for appellant. Edelson, Paullin & Goldberg, for appellee; Hyland J. Paullin, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

**Abe Perlman and Ida Cohen, appellees, v. Anna Stevenson, appellant. Gen. No. 27,203.**

Action of forcible entry and detainer. Judgment for plaintiffs for possession. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 30, 1922.

Henry C. Nichols, for appellant. Rubovits & Hirsch, for appellees.

Mr. Justice Dever delivered the opinion of the court.

---

**Continental and Commercial National Bank of Chicago, appellant, v. Reiner Coal Company, appellee. Gen. No. 27,215.**

Action upon a promissory note. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed October 30, 1922.

Mayer, Meyer, Austrian & Platt, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**Sheridan Trust & Savings Bank, appellee, v. Francis J. Casey et al., on appeal of Francis J. Casey, appellant. Gen. No. 27,224.**

Suit to foreclose a trust deed executed to secure a promissory note and interest notes. Receiver appointed as prayed in the petition and petition to discharge the receiver denied. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush and Hon. Hugo M. Friend, Judges, presiding. Heard in this court at the October term, 1921. Reversed. Opinion filed October 30, 1922. Rehearing denied November 13, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Elmer A. Johnson, for appellant. McCulloch, McCulloch & Dunbar, for appellee. Harold J. Clark, for receiver; Ralph D. Shanesy, of counsel.

Mr. Justice Dever delivered the opinion of the court.